

# U.S. Constitution: Article III

## Article Text | Annotations

Article. III. [ Annotations ]

### Section 1.

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.



### Section 2.



The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting

EXHIBIT 01

Ambassadors, other public ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;--between a State and Citizens of another State;--between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

**Sponsored Link**

Thomson Legal Record

Search a database of over 1,000,000 lawyer profiles to find the lawyer with the experience you need.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

### Section 3.

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

## Annotations

### Article III - Judicial Department

EXHIBIT 01

-CITE-

28 USC Sec. 1343                                01/16/96

-EXPCITE-

TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE

PART IV - JURISDICTION AND VENUE

CHAPTER 85 - DISTRICT COURTS; JURISDICTION

-HEAD-

Sec. 1343. Civil rights and elective franchise

-STATUTE-

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United

(b) For purposes of this section—

(1) the District of Columbia shall be considered to be a State; and

(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

-SOURCE-

(June 25, 1948, ch. 646, 62 Stat. 932; Sept. 3, 1954, ch. 1263, Sec. 42, 68 Stat. 1241; Sept. 9, 1957, Pub. L. 85-315, part III, Sec. 121, 71 Stat. 637; Dec. 29, 1979, Pub. L. 96-170, Sec. 2, 93 Stat. 1284.)

-MISC1-

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., Sec. 41(12), (13), and (14) (Mar. 3, 1911, ch. 231, Sec. 24, pars. 12, 13, 14, 36 Stat. 1092). Words "civil action" were substituted for "suits," "suits at law or in equity" in view of Rule 2 of the Federal Rules of Civil

EXHIBIT 02

States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

EXHIBIT 02

Procedure.

Numerous changes were made in arrangement and phraseology.

## AMENDMENTS

1979 - Pub. L. 96-170 designated existing provisions as subsec. (a) and added subsec. (b).

1957 - Pub. L. 85-315 inserted "and elective franchise" in section catchline and added par. (4).

1954 - Act Sept. 3, 1954, substituted "section 1985 of Title 42" for "section 47 of Title 8" wherever appearing.

## EFFECTIVE DATE OF 1979 AMENDMENT

Section 3 of Pub. L. 96-170 provided that: "The amendments made by this Act (amending this section and section 1983 of Title 42, The Public Health and Welfare) shall apply with respect to any deprivation of rights, privileges, or immunities secured by the Constitution and laws occurring after the date of the enactment of this Act (Dec. 29, 1979)."

-CROSS-

## CROSS REFERENCES

Generally, see section 1981 et seq. of Title 42, The Public Health and Welfare.

Amount in controversy immaterial in action under this section, see Historical and Revision Notes under section 1331 of this title.

Civil action for deprivation of civil rights, see section 1983 of Title 42, The Public Health and Welfare.

EXHIBIT 02

Civil action or injunction for deprivation of voting rights, see section 1971 of Title 42.

Conspiracy against rights of citizens constituting federal crime, see section 241 of Title 18, Crimes and Criminal Procedure.

Conspiracy to interfere with civil rights, see section 1985 of Title 42, The Public Health and Welfare.

Diversity of citizenship immaterial in action under this section, see Historical and Revision Notes under section 1332 of this title.

-SECREF-

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in section 652 of this title.

New Page 4 Case 1:05-cv-00095-SLR   Document 6-2   Filed 04/21/2005   Page 7 of 19   Page 4 of 4

EXHIBIT 02

FindLaw | For the Public | For Business | For Corporate Counsel        Register/login to My FindLa




| Home | Resources by Practice Area | Resources by Jurisdiction | Cases & Codes | News & Analysis | Research a Lawye |

Federal Law   State Law   Case Summaries Search   U.S. Code   U.S. Supreme Court

My current location: Boston, MA | Change Location

## Laws: Cases and Codes : U.S. Code : Title 28 : Section 1357

[Search]   Title 28

- United States Code
  - TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE
    - PART IV - JURISDICTION AND VENUE
      - CHAPTER 85 - DISTRICT COURTS; JURISDICTION

*U.S. Code as of: 01/22/02*

### Section 1357. Injuries under Federal laws

Relate

    The district courts shall have original jurisdiction of any civil
action commenced by any person to recover damages for any injury to
his person or property on account of any act done by him, under any
Act of Congress, for the protection or collection of any of the
revenues, or to enforce the right of citizens of the United States
to vote in any State.

Judicia:

Litigati

U.S. I
S

**Previous**            [Notes]            **Next**   Judicia

Sponsored Links

**Find a Lawyer**: Our free service locates Bankruptcy, Criminal, DUI, Immigration, Personal Injury, Taxa Trademark lawyers in your area who can help you with your legal issues. From LawQuote.com
**Amicus Attorney**: Easy-to-use and intuitive - experience great practice management software that wo you do. Free Trial.
**Tabs3 and PracticeMaster**: Reliable billing and practice management software for solo to mid-sized fi Recommended by 94% of firms that use them.
**AbacusLaw**: Enter data once, use everywhere! Integrated calendar, cases, contacts, conflicts, time/bil accounting. Full front/back office.
**WESTERN STATE UNIVERSITY COLLEGE OF LAW**: Connect with technology and programs that he more effectively.
**U.S. Legal Forms, Inc.**: **Over 32,000 Legal Forms** Stop Reinventing the Wheel each time you draft document. Save Time and Money! Visit USlegalforms.com Today!
**Online Paralegal Services**: Proxilaw takes care of your document preparation and filing chores. Incor

EXHIBIT 03




FindLaw | For the Public | For Business | For Corporate Counsel                Register/login to My FindLa

Home | Resources by Practice Area | Resources by Jurisdiction | Cases & Codes | News & Analysis | Research a Lawye

Federal Law    State Law    Case Summaries Search    U.S. Code    U.S. Supreme Court

My current location: Boston, MA | Change Location

## Laws: Cases and Codes : U.S. Code : Title 28 : Section 1357

- United States Code
  - TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE
    - PART IV - JURISDICTION AND VENUE
      - CHAPTER 85 - DISTRICT COURTS; JURISDICTION

*U.S. Code as of: 01/22/02*

### Section 1357. Injuries under Federal laws

```
    The district courts shall have original jurisdiction of any civil
action commenced by any person to recover damages for any injury to
his person or property on account of any act done by him, under any
Act of Congress, for the protection or collection of any of the
revenues, or to enforce the right of citizens of the United States
to vote in any State.
```

Relat

Judicia

Litigatic

U.S. I
S

**Previous**                       **[Notes]**                          **Next**   Judicia

Sponsored Links

**Find a Lawyer**: Our free service locates Bankruptcy, Criminal, DUI, Immigration, Personal Injury, Taxa Trademark lawyers in your area who can help you with your legal issues. From LawQuote.com
**Amicus Attorney**: Easy-to-use and intuitive - experience great practice management software that wo you do. Free Trial.
**Tabs3 and PracticeMaster**: Reliable billing and practice management software for solo to mid-sized fi Recommended by 94% of firms that use them.
**AbacusLaw**: Enter data once, use everywhere! Integrated calendar, cases, contacts, conflicts, time/bil accounting. Full front/back office.
**WESTERN STATE UNIVERSITY COLLEGE OF LAW**: Connect with technology and programs that he more effectively.
**U.S. Legal Forms, Inc.**: **Over 32,000 Legal Forms** Stop Reinventing the Wheel each time you draft document. Save Time and Money! Visit USlegalforms.com Today!
**Online Paralegal Services**: Proxilaw takes care of your document preparation and filing chores. Incor

EXHIBIT 03



**US CODE COLLECTION**

collection home   search   donate

TITLE 28 > PART VI > CHAPTER 165 > § 2501

Prev | Next

### § 2501. Time for filing suit

*Release date: 2003-05-15*

Every claim of which the United States Court of Federal Claims has jurisdiction shall be barred unless the petition thereon is filed within six years after such claim first accrues.

Every claim under section 1497 of this title shall be barred unless the petition thereon is filed within two years after the termination of the river and harbor improvements operations on which the claim is based.

A petition on the claim of a person under legal disability or beyond the seas at the time the claim accrues may be filed within three years after the disability ceases.

A suit for the fees of an officer of the United States shall not be filed until his account for such fees has been finally acted upon, unless the General Accounting Office fails to act within six months after receiving the account.

Search this title:

Search Title 28

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

credits   about us   send email

EXHIBIT 04

US CODE: Title 28,2502. Aliens' privilege to sue
Case 1:05-cv-00095-SLR   Document 6-2   Filed 04/21/2005   Page 11 of 19
Page 1 of 1



# US CODE COLLECTION

collection home    search



donate

**TITLE 28 > PART VI > CHAPTER 165 > § 2502**
### § 2502. Aliens' privilege to sue

*Release date: 2003-05-15*

Prev | Next

Search this title:

[                    ]

[ Search Title 28 ]

**(a)** Citizens or subjects of any foreign government which accords to citizens of the United States the right to prosecute claims against their government in its courts may sue the United States in the United States Court of Federal Claims if the subject matter of the suit is otherwise within such court's jurisdiction.

**(b)** See section 7422(f) of the Internal Revenue Code of 1986 for exception with respect to suits involving internal revenue taxes.

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

credits    about us    send email

EXHIBIT 05



# US CODE COLLECTION

collection home     search     donate



Prev | Next

**TITLE 28 > PART VI > CHAPTER 165 > § 2505**
### § 2505. Trial before judges

*Release date: 2003-05-15*

Search this title:

[ Search Title 28 ]

Any judge of the United States Court of Federal Claims may sit at any place within the United States to take evidence and enter judgment.

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

credits     about us     send email

EXHIBIT 06



## US CODE COLLECTION

collection home     search

TITLE 28 > PART VI > CHAPTER 171 > § 2674

### § 2674. Liability of United States

*Release date: 2003-05-15*

Prev | Next

The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.

If, however, in any case wherein death was caused, the law of the place where the act or omission complained of occurred provides, or has been construed to provide, for damages only punitive in nature, the United States shall be liable for actual or compensatory damages, measured by the pecuniary injuries resulting from such death to the persons respectively, for whose benefit the action was brought, in lieu thereof.

With respect to any claim under this chapter, the United States shall be entitled to assert any defense based upon judicial or legislative immunity which otherwise would have been available to the employee of the United States whose act or omission gave rise to the claim, as well as any other defenses to which the United States is entitled.

With respect to any claim to which this section applies, the Tennessee Valley Authority shall be entitled to assert any defense which otherwise would have been available to the employee based upon judicial or legislative immunity, which otherwise would have been available to the employee of the Tennessee Valley Authority whose act or omission gave rise to the claim as well as any other defenses to which the Tennessee Valley Authority is entitled under this chapter.

Search this title:

[  ]

Search Title 28

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

credits     about us     send email



EXHIBIT -07



# US CODE COLLECTION

collection home     search     donate

**TITLE 28 > PART VI > CHAPTER 171 > § 2677**     Prev | Next

**§ 2677. Compromise**

*Release date: 2003-05-15*

Search this title:

[ ]

[Search Title 28]

The Attorney General or his designee may arbitrate, compromise, or settle any claim cognizable under section 1346 (b) of this title, after the commencement of an action thereon.

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

credits     about us     send email

**EXHIBIT 08**



**US CODE COLLECTION**

collection home     search     donate

**TITLE 28 > PART VI > CHAPTER 171 > § 2678**        Prev | Next
**§ 2678. Attorney fees; penalty**

*Release date: 2003-05-15*

Search this title:

No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 25 per centum of any judgment rendered pursuant to section 1346 (b) of this title or any settlement made pursuant to section 2677 of this title, or in excess of 20 per centum of any award, compromise, or settlement made pursuant to section 2672 of this title.

Search Title 28

Any attorney who charges, demands, receives, or collects for services rendered in connection with such claim any amount in excess of that allowed under this section, if recovery be had, shall be fined not more than $2,000 or imprisoned not more than one year, or both.

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next
credits                    about us                    send email

EXHIBIT 09



# LII
legal information institute

**US CODE COLLECTION**

collection home     search     donate

**TITLE 28 > PART VI > CHAPTER 171 > § 2679**

Prev | Next

### § 2679. Exclusiveness of remedy

*Release date: 2003-05-15*

Search this title:

(a) The authority of any federal agency to sue and be sued in its own name shall not be construed to authorize suits against such federal agency on claims which are cognizable under section 1346 (b) of this title, and the remedies provided by this title in such cases shall be exclusive.

Search Title 28

(b)

(1) The remedy against the United States provided by sections 1346 (b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

Notes
Updates
Parallel authorities (CFR)
Your comments

(2) Paragraph (1) does not extend or apply to a civil action against an employee of the Government—

    (A) which is brought for a violation of the Constitution of the United States, or

    (B) which is brought for a violation of a statute of the United States under which such action against an individual is otherwise authorized.

(c) The Attorney General shall defend any civil action or proceeding brought in any court against any employee of the Government or his estate for any such damage or injury. The employee against whom such civil action or proceeding is brought shall deliver within such time after date of service or knowledge of service as determined by the Attorney General, all process served upon him or an attested true copy thereof to his immediate superior or to whomever was designated by the head of his department to receive such papers and such person shall promptly furnish copies the pleadings and process therein to the United States attorney for the district embracing the place wherein the proceeding is brought, to the Attorney General, and to the head of his employing Federal

EXHIBIT 10

agency.

**(d)**

**(1)** Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

**(2)** Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal.

**(3)** In the event that the Attorney General has refused to certify scope of office or employment under this section, the employee may at any time before trial petition the court to find and certify that the employee was acting within the scope of his office or employment. Upon such certification by the court, such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. A copy of the petition shall be served upon the United States in accordance with the provisions of Rule 4(d)(4) of the Federal Rules of Civil Procedure. In the event the petition is filed in a civil action or proceeding pending in a State court, the action or proceeding may be removed without bond by the Attorney General to the district court of the United States for the district and division embracing the place in which it is pending. If, in considering the petition, the district court determines that the employee was not acting within the scope of his office or employment, the action or proceeding shall be remanded to the State court.

**(4)** Upon certification, any action or proceeding subject to paragraph (1), (2), or (3) shall proceed in the same manner as any action against the United States filed pursuant to section 1346 (b) of this title and shall be subject to the limitations and exceptions applicable to those actions.

**(5)** Whenever an action or proceeding in which the United States is substituted as the party defendant under this subsection is dismissed for failure first to present a claim


EXHIBIT 10

US CODE: Title 28,2679. Exclusiveness of remedy
Case 1:05-cv-00095-SLR   Document 6-2   Filed 04/21/2005   Page 18 of 19
Page 3 of 3

pursuant to section 2675 (a) of this title, such a claim shall be deemed to be timely presented under section 2401 (b) of this title if—

    **(A)** the claim would have been timely had it been filed on the date the underlying civil action was commenced, and

    **(B)** the claim is presented to the appropriate Federal agency within 60 days after dismissal of the civil action.

**(e)** The Attorney General may compromise or settle any claim asserted in such civil action or proceeding in the manner provided in section 2677, and with the same effect.

Prev | Next

credits      about **us**      send email

EXHIBIT 10

EXHIBIT 11

(Omitted)