IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHUKWUMA E. AZUBUKO, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-095-SLR
)
DENIS RIORDAN, DISTRICT )
DIRECTOR OF UNITED STATES' )
DEPARTMENT OF HOMELAND )
SECURITY, )
)
    Defendant. )

O R D E R

At Wilmington this 25th day of April, 2005, having considered plaintiff's motion for reconsideration;

IT IS ORDERED that said motion (D.I. 5) is denied. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) a change in the controlling law; (2) availability of new evidence not available when the decision issued; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. See id.

2. Plaintiff has failed to demonstrate any of the

aforementioned grounds to warrant a reconsideration of the court's April 4, 2005 order.

                                                        _____
                                                              United States District Judge