IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-095-SLR |
| | ) |
| DENIS RIORDAN, DISTRICT | ) |
| DIRECTOR OF UNITED STATES' | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 3d day of May, 2005, having considered plaintiff's second motion for reconsideration;

IT IS ORDERED that said motion (D.I. 9) is denied for the same reasons his first was denied (D.I. 7). THE COURT WILL NOT ENTERTAIN ANY MORE SUCH MOTIONS FOR RECONSIDERATION.

_____
United States District Judge