ORIGINAL

FILED
MAY 13 2005

IN THE UNITED STATES' DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| AZUBUKO - <br>     Plaintiff <br><br> vs. <br><br> RIORDAN - <br>     Defendant | CIVIL ACTION NUMBER: <br> 1:05-CV-95 |

**NOTICE OF APPEAL TO THE THIRD CIRCUIT**

In the legal kingdom and all things being equal, there existed no legal know-how monopoly. Without digression, the Plaintiff did receive the Judge Robinson's denied Order hand and stamp dated May 3rd and 4th, 2005 respectively on Saturday – May 7th, 2005.

The Plaintiff prayed the Court to act in keeping with the head. Of course, it was not an unknown prayer to the Court. Abuse of discretion prevailed and the Plaintiff strove as much as humanly possible to correct it, but it was like water on the back of the duck. What a beautiful and wonderful world! The ruling had bearings on desiderata of intellectual courage, intellectual humility and faith-to-reasons. The abuse of Equal Protection and Due Process Clauses was palpably indisputable.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone Number: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiff did not serve the Defendant with a copy of the head owing to the Burger King's administration of justice the case was condemned to.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.

  

Chukwuma E. Azubuko
P. O. Box 1351
 

Office of the Clerk,
U.S. District Court,
844 N. King Street,
Lockbox 18,
Wilmington DE 19801-3570