APS-378

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2585

CHUKWUMA E. AZUBUKO,

Appellant

v.

DISTRICT DIRECTOR DENIS C. RIORDAN
of United States Department of
Homeland Security

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-CV-00095)
District Judge: Honorable Sue L. Robinson

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
September 29, 2005
Before:    SLOVITER, FUENTES AND NYGAARD, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(b) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: October 13, 2005

Certified as a true copy and issued in lieu of a formal mandate on __11/30/05__

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit